**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DOROTHY GRUBBS,

    Plaintiff,

vs.                                     CASE NO.: 1:07cv43-SPM/AK

MERIDIAN BEHAVIORAL
HEALTHCARE, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to Plaintiff's "Voluntary Dismissal With Prejudice" (doc. 25) and Federal Rule of Civil Procedure 41(a)(1). Accordingly, the clerk shall close the case.

**SO ORDERED** this 28th day of November, 2007.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge